**ROBERT ISHIKAWA - 90621**
Bromberg & Ishikawa
5707 N. West Avenue
Fresno, California 93711
Telephone: (559) 431-5700

Attorney for Marylou Garcia

# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARYLOU H. GARCIA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JO ANNE B. BARNHART, ) <br> Commissioner of Social Security, ) <br> ) <br> Defendant. ) <br> _____ ) | 1:06- CV-00709 AWI SMS <br><br> STIPULATION AND ORDER TO EXTEND TIME |

Plaintiff can not meet the deadline for filing plaintiff's opening brief which is due on February 2, 2007, and is therefore requesting that Plaintiff shall have until March 5, 2007 in which to file her opening brief.

Dated: February  2 , 2007            /S/ ROBERT ISHIKAWA
                                     _____
                                     ROBERT ISHIKAWA
                                     Attorney for Plaintiff, MARYLOU GARCIA

Dated: February  2 , 2007            /S/ KATHERINE LOO
                                     _____
                                     KATHERINE LOO
                                     Assistant U.S. Attorney

IT IS SO ORDERED.


Dated:  2/12/2007

                                      /s/ Sandra M. Snyder
                                     _____
                                     THE HONORABLE SANDRA M. SNYDER
                                     United States Magistrate Judge

1