UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARYLOU GARCIA, | 1:06-cv-00709-LJO-SMS |
| Plaintiff, | **ORDER ADOPTING FINDINGS AND RECOMMENDATION** (Doc. 22) |
| vs. | **ORDER DENYING COMPLAINT** (Doc. 2) |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | **ORDER DIRECTING CLERK TO ENTER JUDGMENT FOR DEFENDANT AND AGAINST PLAINTIFF** |
| Defendant. | |

Plaintiff is represented by counsel and is proceeding in forma pauperis with an action seeking judicial review of a final decision of the Commissioner of Social Security denying plaintiff's application for disability insurance benefits and supplemental security income benefits under Titles II and XVI of the Social Security Act. The matter was referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636(b) and Local Rule 72-302(c)(15).

On November 29, 2007, the Magistrate Judge filed Findings and a Recommendation herein which were served on the parties and which contained notice to the parties that any objections to the

1

Findings and Recommendation were to be filed within thirty (30) days. To date, the parties have not filed objections to the Magistrate Judge's Findings and Recommendation.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendation to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendation, filed November 29, 2007, are ADOPTED IN FULL;

2. Plaintiff's social security complaint, filed June 7, 2006, is DENIED; and,

3. The Clerk of Court enter judgment for defendant and against plaintiff and to close this action.

IT IS SO ORDERED.

**Dated:   January 3, 2008**              /s/ Lawrence J. O'Neill
                                        UNITED STATES DISTRICT JUDGE

2